THE STATE OF OHIO, APPELLEE, *v.* STEWARD, APPELLANT.

[Cite as *State v. Steward,* 97 Ohio St.3d 203, 2002-Ohio-5782.]

(No. 2002–1170—Submitted September 24, 2002—Decided November 6, 2002.)

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for consideration of *State v. Bush,* 96 Ohio St.3d 235, 2002-Ohio-3993, 773 N.E.2d 522.

MOYER, C.J., DOUGLAS, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would affirm the judgment of the court of appeals.

James J. Mayer Jr., Richland County Prosecuting Attorney, and John Randolph Spon Jr., for appellee.

Bruce A. Steward, pro se.